IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIE O. PATRICK, | § | |
| | § | No. 246, 2021 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1904006252 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 28, 2021
Decided: October 13, 2021

## ORDER

It appears to the Court that, on September 15, 2021, the Senior Court Clerk issued a notice, by certified mail, directing the appellant, Willie O. Patrick, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. Postal records show that Patrick received the notice to show cause on September 16, 2021. A timely response to the notice to show cause was due on or before September 28, 2021. To date, Patrick has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice